# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

March 8, 2019

**BY ECF**

Hon. Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:** ***Rios v. 151 Bleecker LLC, et al.***
        ***Case No. 18-CV-7287 (SN)***

Dear Judge Netburn,

  We are counsel to the plaintiff in the above-referenced Fair Labor Standards Act case. A copy of the Settlement Agreement is enclosed herein, which the parties jointly submit for the Court's review and approval. Also enclosed is a proposed Stipulation and Order of Dismissal.

  The parties note that one of the individual defendants, Andrew Breslin, has not executed the Agreement. Defendants will provide his executed signature page as soon as possible. However, the parties are in agreement that defendant Mohammed Alam, as a principal of the corporation, has authority to consent to the settlement of this matter on behalf of all defendants.

  We thank the Court for its continued attention to this matter.

           Respectfully submitted,

          Justin Cilenti

Enclosures

cc: Adam Braverman, Esq. (by ECF)